IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC T. CLARK,            )
                          )
    Plaintiff,        )
v.                        )   Civil Action No. 3:22CV44–HEH
                          )
UNKNOWN,                  )
                          )
    Defendant.        )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter asking about several civil actions in which he contended that he was owed "settlements which are due payable." (ECF No. 1 at 1 (capitalization corrected).) Plaintiff provided no corresponding case numbers or other information about these alleged settlements. Although it was not entirely clear what action Plaintiff was seeking, by Memorandum Order entered on February 7, 2022, the Court provided Plaintiff with an opportunity to pursue a new civil action in this Court and the Clerk mailed Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that, if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry hereof. The Court also noted that, if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not returned the § 1983 complaint form. Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                      /s/
                          HENRY E. HUDSON

Date: March 8, 2022      SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia

2